AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Case: 1:24-mj-00078
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/29/2024
Description: ARREST RULE(5)

United States of America
v.

Susanne Purdy

*Defendant*

)
)
)
)
)
)
)

Case No. 2:22-cr-128

USMS #: 95579-007

**RECEIVED**
By M. Hershman at 9:11 am, Feb 16, 2024

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Susanne Purdy,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged violations of conditions of supervised release.

Date: 02/15/2024

*Issuing officer's signature*

City and state: Columbus, Ohio

Algenon L. Marbley, Chief Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/29/24, and the person was arrested on *(date)* 2/29/24
at *(city and state)* Washington DC

Date: 2/29/24

*Arresting officer's signature*

Dusn Kapnek
*Printed name and title*